**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6586**

---

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　　versus

DAVID DARNESS JONES,

　　　　　　　　　　　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (CR-99-27, CA-00-174-4-H)

---

Submitted:  July 12, 2001　　　　　　　Decided:  July 26, 2001

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Darness Jones, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Darness Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. Jones has waived review of the claims he raised in the district court by this failure to address those claims in his informal brief. 4th Cir. R. 34(b). We decline to review the claims he has raised for the first time on appeal. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2